408 A.2d 528

Commonwealth v. Maute, Appellant.

Submitted September 15, 1978. John A. Goldstein, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.